# IN THE UNITED STATES COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIRGINIA MILLER, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| NANCY A. BERRYHILL,<br>Commissioner of Social Security | : | No. 16-cv-00521-RAL |
| Defendant | : | |

## O R D E R

AND NOW this 22nd day of August 2017, upon consideration of the parties' submissions, and for the reasons described in the Memorandum filed with this Order, it is ORDERED that:

1. Plaintiff's Request for Review (Doc. No. 11) is DENIED, the ALJ's opinion, being the final decision of the Acting Commissioner, is AFFIRMED, and the case is DISMISSED with prejudice;

2. JUDGMENT IS ENTERED by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

3. The Clerk of Court shall mark this case CLOSED for all purposes including statistics.

                                                 *s/Richard A. Lloret*
                                                 HON. RICHARD A. LLORET
                                                 U.S. Magistrate Judge